IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

MELVIN BUTLER, et al.,

Plaintiffs,

v.

CHALLENGER TRANSPORTATION, INC.

and

MV TRANSPORTATION, INC.,

Defendants.

Case Nos.: AW 09-cv-0522
AW 09-cv-1457

## [PROPOSED] ORDER GRANTING
## PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

Plaintiffs' Motion for Preliminary Approval of Class And Collective Action Settlement came on for hearing before this Court on May 24, 2010. Having considered the papers submitted in support of the motion, and having heard oral argument from the parties, and the Defendants having stated their non-opposition and consent to the motion, the Court HEREBY ORDERS THE FOLLOWING:

1.  For settlement purposes only, the Court conditionally certifies a Maryland Settlement Class defined as:

    All individuals who were employed by Challenger Transportation, Inc. during the Class Period of March 4, 2007 to March 27, 2010 as Drivers (the "Maryland Class").

2.  The Court confirms Melvin Butler, Cynthia Bell, and Rudolph Hayes as representatives of the Maryland Class.

3. For purposes of settlement and final approval of this Settlement, the Court conditionally finds that Plaintiffs Melvin Butler, Cynthia Bell, and Rudolph Hayes are appropriate representatives to give notice under the Fair Labor Standards Act (the "FLSA") to all individuals who were employed by Challenger Transportation, Inc. during the Class Period as Drivers and filed a Consent to Act as an Opt-In Plaintiff in this Action (the "FLSA Plaintiffs").

4. The Court grants preliminary approval of the Settlement on the terms set forth in the Stipulation and Settlement Agreement ("Settlement Agreement") filed by the parties on April 29, 2010. The Settlement appears to the Court on its face to be fair, adequate, and reasonable.

5. The Court approves, as to form and content, the Settlement Notice, Claim Form, and Reminder Card which are attached as **Exhibits A, D, and E** to the Settlement Agreement. The Court finds that the dates selected for the mailing and distribution of the Settlement Notice set forth in the Settlement Agreement meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

6. The Final Approval Hearing shall be held at United States District Court for the District of Maryland located at 6500 Cherrywood Lane, Greenbelt, MD 20770 on September 17 at 12pm [handwritten: AW], 2010, which date is at least 100 days after April, 29, 2010 to help ensure compliance with 28 U.S.C. § 1715.

7. The Court confirms the law firm of Donohue, Hyland & Donohue P.C. as Class Counsel.

8. The Court confirms Simpluris, Inc., having its offices at 3176 Pullman Street, Suite 123, Costa Mesa, CA 92626, as the Settlement Administrator.

12271720v.4

IT IS SO ORDERED, THIS 24th DAY OF May, 2010.

*Alexander Williams, Jr.*
The Honorable Alexander Williams, Jr.
United States District Court Judge